# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–26284 – WIL**    Chapter: **7**

**Milton FLores**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–C, Greenbelt, MD 20770

on 3/12/19 at 10:00 AM

to consider and act upon the following:

14 – Reaffirmation Agreement Between Debtor and Home Point Financial Corporation.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 2/15/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Sophia Ward
301–344–0585

Form ntcreaf