_____RETAIN

_____
Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - CHAPTER 7

CASE: 18-26284 Milton FLores *(by phone)*

Date: 03/12/2019 Time: 10:00

Alice Pare-Johnson representing Milton FLores (Debtor)

representing Gary A. Rosen (Trustee)

[14] Reaffirmation Agreement, and Declaration of Counsel, Between Debtor and Home Point Financial Corporation, Filed by Home Point Financial Corporation. (Sottile, D.)

**MOVANT**: Home Point Financial Corporation (no aty)

DISPOSITIONS:

Granted [✓]   Denied____   Withdrawn____   Consent____   Default____   Under Adv.____

Moot_____   Dismissed_____   Overruled_____   Sustained_____   O.T.J. Fee_____

Continued to: __4/10/19 @ 10 AM_____

DECISION:

[ ] Signed by Court           [ ] Filed by Counsel
[✓] To be prepared by:
    [ ] Movant's counsel      [✓] Court
    [ ] Respondent's counsel  [ ] Other _____

NOTES:

Issue w/ lender adding charges - to be resolved 1st. If resolved, counsel to up-load a line indicating such & requesting approval of the reaff.